**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

Friedrich Lu

        Plaintiff

        V.

Ziad Kamel

        Defendant

CIVIL ACTION

NO.  19-11681-ADB

**ORDER OF DISMISSAL**

Burroughs, D. J.

    In accordance with the Court's Electronic Order dated December 13, 2019 it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

        By the Court,

12/13/2019                            /s/ Christina McDonagh
Date                                    Deputy Clerk