# United States Court of Appeals
## For the First Circuit

No. 20-1111

FRIEDRICH LU,

Plaintiff - Appellant,

v.

ZIAD KAMEL,

Defendant - Appellee.

**MANDATE**

Entered: November 5, 2020

    In accordance with the judgment of October 15, 2020, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Friedrich Lu
Kevin D. McElaney